UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNDON'S LLC,

        Plaintiff,

v.

CITY OF DETROIT, COUNTY OF WAYNE, ERIC SABREE, DAVID SZYMANSKI, CHRISTOPHER MICHELS, SIGNATURE ASSOCIATES, INC., and JILL BRYANT,

        Defendants.
_____/

Case No. 22-11942

Nancy G. Edmunds
United States District Judge

David R. Grand
United States Magistrate Judge

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the Magistrate Judge's report and recommendation, and for the reasons set forth in the order entered this date;

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

THEREFORE, IT IS ORDERED AND ADJUDGED that Defendants' motions to dismiss are GRANTED IN PART AND DENIED IN PART. Plaintiff's federal law claims are DISMISSED WITH PREJUDICE and Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, this case is CLOSED.

        SO ORDERED.

Dated: September 18, 2023

        s/ Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 18, 2023, by electronic and/or ordinary mail.

                                                      <u>s/Lisa Bartlett</u>
                                                      Case Manager